CHRISTINA A. DiEDOARDO
Nevada Bar No. 9543
California Bar No. 258714
LAW OFFICES OF CHRISTINA DiEDOARDO
201 Spear Street Suite 1100
San Francisco, CA 94105
(415) 839-5098
Christina@diedoardolaw.com
Attorney for Defendant Matthew Messiha

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No.: 2:13-mj-00776-VCF |
| Plaintiff, | MOTION FOR SUBSTITUTION OF ATTORNEY BY STIPULATION PURSUANT TO LR IA 10-6(c). |
| vs. | |
| MILLICIENT EPINO, et al., | |
| Defendants. | |

**MOTION FOR SUBSTITUTION OF ATTORNEY BY STIPULATION PURSUANT TO LR IA 10-6(c)**

**MEMORANDUM OF POINTS AND AUTHORITIES**

Comes now Matthew Messiha, by and through his proposed new attorney of record Christina A. DiEdoardo, Esq., and respectfully submits this Motion for Substitution of Attorney by Stipulation Pursuant to LR IA 10-6(c).

Mr. Messiha respectfully requests that the Court grant leave to file the stipulation attached as Exhibit 1 and APPROVE his change of attorney of record FROM Ms. Karen A. Connolly, Esq., TO Ms. Christina A. DiEdoardo, Esq.,

Respectfully submitted this 9th day of September 2014.

/S/ *Christina A. DiEdoardo, Esq.,*
Christina A. DiEdoardo, Esq.,
Nevada Bar No. 9543

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: 9-9-2014

-1-

-2-

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

# EXHIBIT 1

CHRISTINA A. DiEDOARDO
Nevada Bar No. 9543
California Bar No. 258714
LAW OFFICES OF CHRISTINA DiEDOARDO
201 Spear Street Suite 1100
San Francisco, CA 94105
(415) 839-5098

Attorney for Defendant Matthew Messiha

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> MILLICIENT EPINO, et al., <br><br> Defendants. | Case No.: 2:13-mj-00776-VCF |

### SUBSTITUTION OF ATTORNEY

COMES NOW Matthew Messiha and hereby substitutes CHRISTINA A. DiEDOARDO as his attorney of record in place and stead of KAREN A. CONNOLLY.

I consent to the above substitution.

Date: 9/7

/s/Christina A. DiEdoardo, Esq
_____
Christina A. DiEdoardo, Esq.,

I consent to the above substitution.

Date: 9/7

_____
Matthew Messiha

I consent to the above substitution.

Date: _____

Karen A. Connolly
Digitally signed by Karen A. Connolly
DN: cn=Karen A. Connolly, o=KAREN A. CONNOLLY, LTD., ou, email=advocate@kconnollylawyers.com, c=US
Date: 2014.09.08 12:16:38 -07'00'
_____
Karen A. Connolly, Esq.,

-1-