**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 2:13-mj-00776-VCF |
| vs. | |
| MILLICENT EPINO, *et al.*, | **ORDER** |
| Defendants. | |

Before the Court are:

1. Memorandum to Court in Response to Minute Order Doc #117 (#119),

2. Motion to Strike "Memorandum" (Dkt. 119) Pursuant to Fed. R. Crim. P. 47; Affidavit of Christina A. DiEdoardo, Esq. (#120), and,

3. Application for Order to Show Cause why Ms. Karen Connolly, Esq. should not be held in contempt of this Court's September 10, 2014 Order Dkt. 117 (#121).

On September 9, 2014, Attorney Karen A. Connolly filed with the court a Substitution of Attorney (#113, p. 3), prepared by Attorney Christina A. DiEdoardo. Defendant Matthew Messiha had retained Ms. DiEdoardo to represent him in this action in place of Ms. Connolly, his court appointed attorney. This Substitution was signed by Ms. DiEdoardo, Mr. Messiha and Ms. Connolly.

Ms. DiEdoardo filed this Substitution of Attorney as Exhibit 1 to her Motion for Substitution of Attorney by Stipulation Pursuant to LR IA 10-6(c). The Court approved the substitution the same day. The next day, September 10, 2014, Ms. DiEdoardo appeared as counsel for Mr. Messiha at the detention hearing, which had been continued during Mr. Messiha's initial appearance two days earlier, to allow time for Mr. Messiha's new counsel to appear. Nowhere in the Substitution (#113, p. 3) or in the

Motion (#113) was there any mention of Ms. Connolly's and Ms. DiEdoardo's agreement or intentions with respect to transferring Mr. Messiha's file from Ms. Connolly's office to Ms. DiEdoardo's.

During the September 10, 2014, Ms. DiEdoardo requested that Ms. Connolly be ordered to transfer the file to her.  As that is a standard term of any substitution order prepared by the Court, as opposed to approval of a stipulated substitution, Minute Order 117 was entered to that effect.  Ms. Connelly filed her Memorandum to Court in Response to Minute Order Doc #117 (#119).  Then Ms. DiEdoardo filed her Motion to Strike "Memorandum" (Dkt. 119) Pursuant to Fed. R. Crim. P. 47; Affidavit of Christina A. DiEdoardo, Esq. (#120) and Application for Order to Show Cause why Ms. Karen Connolly, Esq. should not be held in contempt of this Court's September 10, 2014 Order Dkt. 117 (#121).

On September 15, 2014, Ms. Connolly reported to the court that she had transferred her entire file to Ms. DiEdoardo, with the filing of a Notice of Compliance with Minute Order Doc#117. (#122). Considering the circumstances and the arguments of counsel, I find that there is no need for any of the relief requested.

Accordingly,

IT IS HEREBY ORDERED that the Motion to Strike "Memorandum" (Dkt. 119) Pursuant to Fed. R. Crim. P. 47; Affidavit of Christina A. DiEdoardo, Esq. (#120) and Application for Order to Show Cause why Ms. Karen Connolly, Esq. should not be held in contempt of this Court's September 10, 2014 Order Dkt. 117 (#121) are DENIED.

Dated this 19th day of September, 2014.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE